**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Morales,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Lane Blair, et al.,<br><br>　　　　Respondents. | No. CV 06-1866-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondents' "Motion to Dismiss or Stay and Abey the Petition for Writ of Habeas Corpus for Lack of Exhaustion with Available Start Court Remedies" (doc.15), petitioner's "Reply to Motion to Dismiss or Stay and Abey. Request Exception to the Exhaust Doctrine" (doc. 17), respondents' "Reply to Petitioner's Response to Motion to Dismiss or Stay and Abey the Petition for Writ of Habeas Corpus for Lack of Exhaustion and Petitioner's Request for Exception to Exhaustion Doctrine" (doc. 18) and the report and recommendation of the United States Magistrate Judge (doc. 21). Petitioner has failed to file objections to the report and recommendation, and the time for filing them has expired. Therefore, we adopt the Magistrate Judge's recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (interpreting 28 U.S.C. § 636 (b)(1)(C)).

1   Accordingly, **IT IS ORDERED DISMISSING WITHOUT PREJUDICE** the
2 petition for writ of habeas corpus (doc. 1).
3   DATED this 1st day of June, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -